IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AVERY L. SMITH, #155412, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-323-WKW |
| | ) | [WO] |
| OFFICER J. PITTMAN and | ) | |
| SGT. LINDSEY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 26, 2017, the Magistrate Judge entered a Recommendation (Doc. # 6) to which no timely objection has been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This action is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate Final Judgment will be entered.

DONE this 25th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE